## NOLAND et al. v. KITCHENS.

ATKINSON, J.   1. If there was any error in rejecting from evidence certain portions of affidavits offered by the plaintiff, the evidence was not of such character as that its rejection would require a reversal.

2. On the issues of fact shown by the pleadings, the judge did not err, under the evidence introduced at the interlocutory hearing, in refusing a temporary injunction.   *Judgment affirmed.   All the Justices concur.*

No. 6941.   OCTOBER 5, 1929.

*G. S. Peck* and *Paul S. Etheridge & Son,* for plaintiffs.

*Tye, Thomson & Tye* and *Cecil R. Hall,* for defendant.